### Peters *v.* Aycock Brothers.

Hines, J. The sole assignment of error is that the trial judge erred in overruling the claimant's motion for new trial, which embraces only the formal grounds. After a careful consideration of the evidence, we cannot say that the judge abused his discretion in refusing to set aside the verdict finding against the claimant.

*Judgment affirmed. All the Justices concur.*

No. 4077. June 12, 1924.

Claim. Before Judge Fortson. Walton superior court. October 26, 1923.

*J. C. Knox,* for plaintiff in error.

*R. L. & H. C. Cox* and *E. W. Roberts,* contra.